UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Julian Lopez-Gutierrez,<br>a.k.a.: Rene Morales-Armenta,<br>a.k.a.: Rene Morales,<br>a.k.a.: Lucas Martinez Perzz,<br>(A088 668 623)<br>_Defendant_ | Case No. 17-496MJ |

CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of October 25, 2017, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Julian Lopez-Gutierrez, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Laredo, Texas, on or about July 6, 2009, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated by Reference Herein**

REVIEWED BY: AUSA Cassie Bray Woo for AUSA Ryan Powell

☒ Continued on the attached sheet.

_Complainant's signature_

Marcus D. Leggett,
Deportation Officer
_Printed name and title_

Sworn to before me and signed in my presence.

Date: October 26, 2017

_Judge's signature_

Michelle H. Burns,
United States Magistrate Judge
_Printed name and title_

City and state: Phoenix, Arizona

## STATEMENT OF PROBABLE CAUSE

I, Marcus D. Leggett, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On October 25, 2017, during the local Cross Check Operation, Phoenix ICE officers encountered Julian Lopez-Gutierrez while conducting a traffic stop at 2528 West Colter Street in Phoenix, Arizona. At the scene, ICE officers interviewed Lopez-Gutierrez and determined him to be a citizen of Mexico, illegally present in the United States. On the same date, Lopez-Gutierrez was transported to the Phoenix ICE office for further investigation and processing. Lopez-Gutierrez was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Julian Lopez-Gutierrez to be a citizen of Mexico and a previously deported criminal alien. Lopez-Gutierrez was removed from the United States to Mexico through Laredo, Texas, on or about July 6, 2009, pursuant to

the reinstatement of an order of removal issued by an immigration official. There is no record of Lopez-Gutierrez in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Lopez-Gutierrez's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Julian Lopez-Gutierrez was convicted of Illegal Reentry after Deportation, a felony offense, on April 20, 2009, in the United States District Court, District of Arizona. Lopez-Gutierrez was sentenced to eight (8) months' imprisonment and thirty-six (36) months' supervised release. Lopez-Gutierrez's criminal history was matched to him by electronic fingerprint comparison.

5. On October 25, 2017, Julian Lopez-Gutierrez was advised of his constitutional rights. Lopez-Gutierrez freely and willingly acknowledged his rights and declined to make any further statements.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about October 25, 2017, Julian Lopez-Gutierrez, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Laredo, Texas, on or about July 6, 2009, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply

for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

_____
Marcus D. Leggett,
Deportation Officer,
Immigration and Customs Enforcement


Sworn to and subscribed before me
this 26th day of October, 2017.

_____
Michelle H. Burns,
United States Magistrate Judge